## PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., Appellant

v.

## AMAZON.COM, INC., Amazon Web Services, LLC, Appellees

2017-1441

United States Court of Appeals, Federal Circuit.

March 13, 2018

STEPHEN SCHREINER, Goodwin Procter LLP, Washington, DC, argued for appellant. Also represented by WILLIAM M. JAY, JENNIFER A. ALBERT, ADEEL HAROON, CE LI; DAVID ZIMMER, DOUGLAS J. KLINE, Boston, MA.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellees. Also represented by JEREMY ANGUS ANAPOL, BRENTON R. BABCOCK, JOSEPH S. CIANFRANI; COLIN B. HEIDEMAN, Seattle, WA.

(Lourie, Dyk, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**